UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| YVONNE MADDOX, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:22-cv-00060-GFVT |
| ) | |
| v. ) | |
| ) | **ORDER** |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is before the Court on the parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). [R. 20.] The parties being in agreement, and the Court being sufficiently advised, the parties' joint stipulation **[R. 20] is GRANTED**. All claims by the Plaintiff against the Defendant shall be, and hereby are, **DISMISSED WITH PREJUDICE**, with each party to pay its own costs and fees. All claims having been resolved, this matter is **STRICKEN** from the Court's active docket.

This the 13th day of June, 2023.

Gregory F. Van Tatenhove
United States District Judge